**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: April 20, 2011
START: 3:30 p.m.
END: 3:50 pm

DOCKET NO: 10-CV-4522 (~~DGT~~) (RJD)

CASE: Weir v. City of New York, et al.

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Darius Wadia

FOR DEFENDANT: Elan Parra

FACT DISCOVERY TO BE COMPLETED BY 9/20/11
✓ NEXT Settlement CONFERENCE SCHEDULED FOR 6/15/11 10:00 a.m.
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosure has been completed. Pleadings may be amended and new parties added until May 27, 2011.